U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 30, 2020

**BY ECF**

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

## MEMO ENDORSED

Re:   *United States v. James Lewis*, 05 Cr. 462 (LTS)

Dear Judge Swain:

    The Government writes, with the consent of Mr. Lewis, to request that the Court adjourn the upcoming violation of supervised release hearing in the above-captioned matter, currently scheduled for May 12, 2020, to a date in August 2020 in light of the ongoing restrictions related to Covid-19 and the fact that Mr. Lewis's state criminal proceedings have been adjourned to late July 2020.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: _/s/ Sheb Swett_
Sheb Swett
Assistant United States Attorney
Southern District of New York
(212) 637-6522

The hearing is adjourned to August 6, 2020, at 10:00 a.m.  DE#92 resolved.

SO ORDERED.
5/1/2020
/s/ Laura Taylor Swain, USDJ

cc:   Marne Lenox, Esq. (by ECF)