U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 27, 2020

**BY ECF**

## MEMO ENDORSED

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *United States v. James Lewis*, 05 Cr. 462 (LTS)

Dear Judge Swain:

      The Government writes, with the consent of Mr. Lewis, to request that the Court adjourn the upcoming violation of supervised release hearing in the above-captioned matter, currently scheduled for August 6, 2020, to a date in November 2020 in light of the ongoing restrictions related to Covid-19 and the fact that Mr. Lewis's state criminal proceedings have been adjourned to late October 2020. The parties are available at any time other than November 5, 2020 and November 19, 2020.

The matter is adjourned to November 10, 2020, at 10:00 a.m.  DE# 94 resolved.

SO ORDERED.
7/27/2020
/s/ Laura Taylor Swain, USDJ

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By: *[signature]*
Sheb Swett
Assistant United States Attorney
Southern District of New York
(212) 637-6522

cc:   Marne Lenox, Esq. (by ECF)