

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 1, 2020

**BY ECF AND EMAIL**

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

## MEMO ENDORSED

Re:   *United States v. James Lewis*, 05 Cr. 462 (LTS)

Dear Judge Swain:

The Government writes, with the consent of counsel for Mr. Lewis and the United States Probation Office, to move to dismiss the pending violation specifications against the supervisee in the above-captioned matter. On or about July 28, 2020, the Richmond County District Attorney's Office dismissed the criminal charges that formed the basis for Specifications Two through Five against Mr. Lewis. In light of this fact, the parties believe that dismissal of the violation specifications is appropriate.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By:  *Sheb Swett*
Sheb Swett
Assistant United States Attorney
Southern District of New York
(212) 637-6522

cc:   Marne Lenox, Esq. (by ECF)

The foregoing motion is granted.  DE# 97 resolved.
SO ORDERED.
9/1/2020
/s/ Laura Taylor Swain, USDJ