UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA,

                        Plaintiff,

       -against-

JAMES LEWIS,

                       Defendant.
-------------------------------------------------------x

No. 05 CR 462-LTS

ORDER

On September 1, 2020, the Court granted the parties' joint motion to dismiss the pending violation specifications in this action. (Docket Entry No. 98.) Accordingly, the violation of supervised release hearing scheduled for November 10, 2020, at 10:00 a.m. is cancelled.

       SO ORDERED.

Dated: New York, New York
       October 27, 2020

                                                  /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                                  United States District Judge