UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA,

                              Plaintiff,

        -against-

JAMES LEWIS,

                              Defendant.
-------------------------------------------------------x

No. 5 CR 462-LTS

ORDER

The Court has received and reviewed in its entirety Defendant's August 9, 2021, letter (docket entry no. 101) in which he alleges that the Government failed to provide him with the requisite notice prior to his placement in the Treasury Offset Program ("TOP"). The Court hereby directs the Government to file its response no later than September 3, 2021, stating its positions as to the basis for Defendant's placement in the TOP, whether the requisite notice was provided to Defendant prior to his placement in the TOP, and whether Court intervention would be appropriate here given that the Defendant's term of supervised release has been terminated.

SO ORDERED.

Dated: New York, New York
        August 25, 2021

                                                            /s/ Laura Taylor Swain
                                                          LAURA TAYLOR SWAIN
                                                          Chief United States District Judge