

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 1, 2021

**BY ECF**

The Honorable Laura Taylor Swain
Chief United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

# MEMO ENDORSED

Re:   *United States v. James Lewis*, 05 Cr. 462 (LTS)

Dear Judge Swain:

The Government writes, with the consent of counsel for Mr. Lewis, to request a one-week extension of the deadline to respond to Mr. Lewis's August, 9, 2021 letter (Dkts. 101 and 102). Mr. Lewis's counsel brought this to the Government's attention on August 13, 2021, at which point members of the Financial Litigation Unit began looking into the matter. Given the age of this case, as well as various planned vacations, the Government has not yet identified all of the relevant materials to respond to Mr. Lewis's letter. Accordingly, the Government requests a one-week extension of the deadline to respond to Mr. Lewis's letter.

The foregoing request is granted.  The Government is directed to file its response by September 10, 2021.  Dkt. No. 103 resolved.
SO ORDERED.
9/2/2021
/s/ Laura Taylor Swain, Chief USDJ

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By:   *[signature]*
Sheb Swett
Assistant United States Attorney
Southern District of New York
(212) 637-6522

cc:   Marne Lenox, Esq. (by ECF)