UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA,

                                Plaintiff,

       -against-

JAMES LEWIS,

                              Defendant.
-------------------------------------------------------x

No. 5 CR 462-LTS

## ORDER

The Court has received the Government's response (docket entry no. 105) to Defendant's letter (docket entry no. 101) in which he alleged that the Government failed to provide him with the requisite notice prior to his placement in the Treasury Offset Program ("TOP"). The Court hereby directs Mr. Lewis to file any response to the Government's submission no later than October 1, 2021.

       SO ORDERED.

Dated: New York, New York
       September 13, 2021

                                                        /s/ Laura Taylor Swain
                                                        LAURA TAYLOR SWAIN
                                                        Chief United States District Judge

Copy mailed to:
Mr. James Lee Lewis
226 Skyline Drive
Staten Island, NY 10304